IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

     Plaintiff,

v.

**SOMERSPRO INC., LONNIE SOMERS, MICHELLE SOMERS, and MATTHEW HOGAN,**

     Defendants.

---

## COMPLAINT FOR DECLARATORY JUDGMENT

     Plaintiff, Philadelphia Indemnity Insurance Company, by and through its attorneys, Sutton | Booker | P.C., hereby submits the following Complaint for Declaratory Judgment:

### I.     JURISDICTION AND PARTIES

     1.     Philadelphia Indemnity Insurance Company is a Pennsylvania corporation with its principal place of business in Bala Cynwyd, Pennsylvania.

     2.     Defendant SomersPro Inc. is a Colorado corporation doing business in Colorado.

     3.     Defendant Lonnie Somers is a natural person who is domiciled in Colorado.

     4.     Defendant Michelle Somers is a natural person who is domiciled in Colorado.

     5.     Defendant Matthew Hogan is a natural person who is domiciled in Colorado.

     6.     Original jurisdiction over this controversy exists in the United States District Court pursuant to 28 U.S.C. § 1332(a).

     7.     There is complete diversity between the parties and the amount in controversy exceeds, exclusive of interest and costs, the sum specified in 28 U.S.C. § 1332.

8.      All necessary parties under Fed. R. Civ. P. 57 and 28 U.S.C. § 2201 are before the Court.

9.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) and (2).

## FACTUAL BACKGROUND

10.      This action for declaratory relief arises from an underlying lawsuit brought by Defendant Hogan against Defendants SomersPro Inc. and Lonnie Somers in Denver County District Court, Case No. 2023CV32157 ("Underlying Action"). **Exhibit 1** (Complaint).

11.      The amount in controversy in the Underlying Action exceeds $75,000. **Exhibit 2** Civil Cover Sheet); *see also Paros Properties LLC v. Colorado Cas. Ins. Co*., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

12.      Plaintiff Philadelphia Indemnity Insurance Company issued Policy No. PHPK2299001 ("Policy"), effective July 1, 2021, to July 1, 2022, to Defendant SomersPro Inc. **Exhibit 3** (Certified policy).[1]

13.      The Policy contains a general liability limit of $1,000,000 per occurrence and a general aggregate limit of $3,000,000. *Id.* at 34.

14.      In the Underlying Action, Defendant Matthew Hogan alleges he was injured on July 30, 2021, in City Park at the "Save Jane" event organized by the Denver Children's Advocacy Center, when metal scaffolding fell onto Mr. Hogan. **Exhibit 1**.

15.      The scaffolding was allegedly owned by Defendant SomersPro Inc., which is owned by Lonnie Somers. *Id*.

---

[1] Premiums have been redacted.

16.     On information and belief, Michelle Somers is also an owner of SomersPro Inc.

17.     In the Underlying Action, Defendant Hogan brings claims for personal injuries he sustained when the truss fell on him, wage loss, pain and suffering, economic and non-economic damages. *Id.*

18.     Plaintiff Philadelphia Indemnity Insurance Company is defending Defendants SomersPro Inc. and Lonnie Somers in the Underlying Action subject to a complete reservation of rights.

19.     The Policy provides commercial general liability coverage under form CG 00 01 0413 with the following language:

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.  Insuring Agreement**

   **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. […]

   **b.**  This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; [and]

   **(2)** The "bodily injury" or "property damage" occurs during the policy period;[...]

**Exhibit 3** at 97.

20.     The applicable definitions state in pertinent part as follows:

**SECTION V – DEFINITIONS**

**[...]**

**3.** "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**13.** Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*Id.* at 109, 111.

21.     The policy contains the following endorsement:

a.   Form PI-AS-005 (04/04), *Limitation of Coverage to a Specified Event*:

**LIMITATION OF COVERAGE TO A SPECIFIED EVENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance applies to "bodily injury", "property damage" or "personal and advertising injury" arising out of the specified events listed in the schedule below:

<u>Schedule</u>

Specified Event: Events declared and endorsed to the policy.

THAT DAM RUN 5K/HALF MARATHON
VALENTINE'S DAY RUN 5K
SUPER BOWL RUN 5K
POLAR BEAR RUN 5K
RUDOLPH RAMBLE 5K
LIBERTY RUN 4K
RUNNIN OF THE GREEN 7K

*Id.* at 129.

22.     The "Save Jane" event was not a listed event. *Id.*

23.     The policy contains the following additional endorsements:

a.   Form PI-AS-007 (04/04), *Exclusion – Performer(s)*:

4

**EXCLUSION – PERFORMER(S)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily Injury" to any person while performing in any exhibition, demonstration, or special event sponsored by you.

b.  Form PI-AS-001 (04/04), *Amateur Sports Amendatory Endorsement*:

**AMATEUR SPORTS AMENDATORY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

[...]

B. LIMITATION OF COVERAGE – SANCTIONED EVENTS

Coverage afforded by this policy is specifically limited to:

1.  Those operations, activities and events that are sanctioned by the "Association" and that are necessary or incidental to the classifications scheduled on the policy. [...]

c.  Form PI-AS-013 (04/04), *Exclusion – Miscellaneous Activities and Devices*:

**EXCLUSION – MISCELLANEOUS ACTIVITIES AND DEVICES**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

Each exclusion indicated by an "X" is added to the policy:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury":

[...]

___X___          "Participant"

Arising out of the involvement of a participant in any activity, event or exhibition, including, but not limited to, any contest, physical training, sport, event, athletic activity, martial arts or stunt.

[...]

5

   X          Performer

Arising out of the involvement of any performer during any activity, event or exhibition, including, but not limited to any stunt, concert, show or theatrical event.

DEFINITION OF PARTICIPANT
For purposes of this endorsement, participant means any person who is participating, practicing, or is otherwise involved in an activity, event or exhibition.

*Id.* at 124-25, 131, 134-35.

24.     On information and belief, Mr. Hogan was a performer and/or participant at the Save Jane event.

25.     The Policy does not provide medical payments coverage.

26.     Other duties exist under the Policy which could affect coverage. *See generally **id.***

27.     Plaintiff Philadelphia Indemnity Insurance Company's intent was to provide coverage for select races listed in the events endorsement and timing and/or scoring services as part of the Race Director exposure.

28.     It was not the intent to provide coverage for consulting operations that were not mentioned at the time of renewal, including rental of scaffolding equipment and/or trusses.

29.     On information and belief, Defendants SomersPro and Lonnie and Michelle Somers were not involved in timing or scoring for the "Save Jane" event.

## II.     CLAIM FOR RELIEF

30.     The allegations contained in paragraphs 1-29 are incorporated herein by reference.

31.     Plaintiff Philadelphia Indemnity Insurance Company seeks a declaratory judgment, pursuant to the Federal Declaratory Judgments Law, 28 U.S.C. § 2201 *et seq.* and Fed. R. Civ. P.

57, that the insurance policy issued by Plaintiff Philadelphia Indemnity Insurance Company to Defendant Somerspro Inc. does not provide coverage for the defense of Defendants Somerspro Inc. or Mr. Somers in the Underlying Action or indemnification arising out of the same.

32.     The Underlying Action presents an actual controversy.

33.     The factual and legal issues in this declaratory judgment action are independent and separable from those involved in the Underlying Action.

34.     In requesting this declaratory relief, Plaintiff Philadelphia Indemnity Insurance Company is requesting an interpretation of the rights, legal status, and relationships of the parties.

35.     Such interpretation is appropriate under the provisions of the Federal Declaratory Judgments Law, 28 U.S.C. § 2201 *et seq.* and Fed. R. Civ. P. 57.

WHEREFORE, Plaintiff Philadelphia Indemnity Insurance Company respectfully requests that the Court:

(a) Issue a declaratory judgment that the insurance policy issued by Plaintiff Philadelphia Indemnity Insurance Company to Defendant Somerspro Inc. does not provide coverage for the defense of Defendant Somerspro Inc. or Lonnie Somers in the Underlying Action or indemnification arising out of the same;

(b) Award Plaintiff costs and all other relief to which Plaintiff may be entitled; and

(c) Grant all such further and other relief as the Court deems just and proper.

Respectfully submitted this 21st day of August, 2024.

*/s/ Jacquelyn S. Booker*
Jacquelyn S. Booker
Sutton | Booker P.C.
4949 S. Syracuse, Suite 500

7

Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  jbooker@suttonbooker.com
*Philadelphia Indemnity Insurance Company*

8